ORIGINAL          16-1626M

FINDING RE PROBABLE CAUSE

*[Stamp: CLERK U.S. DISTRICT COURT, AUG 14 2016]*

On August 14, 2016, at __7:30__ p.m., Special Agent Meghan Maddern of the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations appeared before me regarding the probable cause arrest of defendant CRAIG WILLIAM HINDE, occurring on August 13, 2016, at Los Angeles International Airport in Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there (exists)/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 18, United States Code, Section 111(a)(1),(b).

/ __X__ / It is ordered that defendant CRAIG WILLIAM HINDE be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on __AUGUST 15, 2016__.

/ ____ / It is ordered that defendant CRAIG WILLIAM HINDE be discharged from custody on this charge forthwith.

DATED: __AUG-14 2016__, at __7:30__ p.m.

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE