**United States District Court**
**Central District of California**

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | Docket No. __CR16-0637 FFM__ |
| **Defendant** __Craig William Hinde__ | Social Security No. __ __ __ __ |
| akas: _____ | (Last 4 digits) |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

| | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 09 | 12 | 16 |

**COUNSEL**   [x] WITH COUNSEL    Samuel Josephs, Retained
(Name of Counsel)

**PLEA**   [x] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**   There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of: 18 U.S.C. sections 111(a)(1)

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, CRAIG WILLIAM HINDE, is hereby sentenced to incarceration for time served; followed by one year supervised release, subject to the following conditions:

The Court finds that many of the standard conditions of supervised release as specified in General Order 318 are not applicable, the Court imposes the following conditions in lieu thereof:

1. Not commit any crime.

2. Voluntarily remove himself from the United States no later than 7 days from release in this matter, and not seek to enter the United States whether under the Visa Waiver Program or any other Visa for a period of ten years from the date that judgment is entered in the above-captioned case.

3. Defendant shall comply with the immigration rules and regulations of the United States, and when deported or removed from this country, either voluntarily or involuntarily, not re-enter the United States illegally. Defendant is not required to report to the U.S. Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of court-ordered supervision, defendant shall report for instructions to the U.S. Probation Office.

In addition, the Court finds that no fine is appropriate and defendant is ordered to pay a $25 special assessment.

Finally, the Court finds that the drug testing condition mandated by statute is suspended based on the Court's determination that the defendant posses a low risk of future substance abuse.

| USA vs.   Craig Williams Hinde | Docket No.:   CR16-0637 FFM |
|---|---|

The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

_9-12-16_
Date

_Frederick F. Mumm_
U. S. District Judge/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

_9/12/16_
Filed Date

By _____
Deputy Clerk

| USA vs. | Craig Williams Hinde | Docket No.: | CR16-0637 FFM |

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____        By _____
Date                                         Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____        By _____
Filed Date                                   Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
         Defendant                                   Date


_____        _____
U. S. Probation Officer/Designated Witness    Date